IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TROY CROCKER,

    Plaintiff,

vs.

    Civil Action 2:09-CV-927
    Judge Frost
    Magistrate Judge King

OHIO DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.

## ORDER

On October 20, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the defendant state agency be dismissed from the action. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The defendant state agency is hereby **DISMISSED** from this action.

                                        Gregory L. Frost
                                    United States District Judge

FILED
TIME_____
NOV 2 3 2009
JAMES BONINI, Clerk
COLUMBUS, OHIO