IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TROY CROCKER,**

      **Plaintiff,**

   vs.                                **Civil Action 2:09-CV-927**
                                             **Judge Frost**
                                             **Magistrate Judge King**

**OHIO DEPARTMENT OF CORRECTIONS,**
*et al.,*

      **Defendants.**

## ORDER

On December 9, 2010, the United States Magistrate Judge recommended that defendant's *Motion for Summary Judgment*, Doc. No. 13, be granted. *Order and Report and Recommendation*, Doc. No. 21. Although the parties were advised of their right to object and of the consequences of their failure to do so, there has been no objection. *Id.*

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**. Defendant's *Motion for Summary Judgment*, Doc. No. 13, is **GRANTED.**

**The Clerks is DIRECTED to enter FINAL JUDGMENT.**

                                                         /s/ Gregory L. Frost
                                                         Gregory L. Frost
                                               United States District Judge